Commonwealth *v.* Burton, Appellant.

Submitted September 13, 1971.

*James F. McCort,* for appellant; *J. Bruce McKissock* and *Milton M. Stein,* Assistant District Attorneys, *James D. Crawford,* Deputy District Attorney, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Order affirmed.